**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE LEE TOLBERT,<br><br>        Plaintiff,<br><br> vs.<br><br>IRS,<br><br>        Defendant. | No. C 09-00060 JF (PR)<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE *IN FORMA PAUPERIS* APPLICATION |

       Plaintiff filed a complaint in pro se pursuant to 42 U.S.C. § 1983. However, the Court cannot conduct an initial review of this matter until Plaintiff has submitted a completed in forma pauperis application. The application Plaintiff filed on January 7, 2009, is insufficient because Plaintiff failed to submit a Certificate of Funds in Prisoner's Account that is completed and signed by an authorized officer of the institution and a copy of Plaintiff's trust account statement showing transactions for the last six months. (See Docket No. 1 at 5.)

       Therefore, before the Court reviews the complaint, Plaintiff shall submit the necessary supporting documents. He shall make a clear indication on the focuments that they are for the above-referenced case number, C 09-00060 JF. Plaintiff shall submit this supporting documentation within **thirty (30) days** of the date this order

Order Granting Extension of Time to file IFP Application
P:\PRO-SE\SJ.JF\CR.09\Tolbert00060_eot-ifp.wpd

is filed.  **Failure to comply with this order in the time provided shall result in the Court's dismissal of this action without prejudice.**

The clerk of the Court shall enclose two blank copies of the "Certificate of Funds in Prisoner's Account" with a copy of this order to Plaintiff.

IT IS SO ORDERED.

DATED: 4/23/09

JEREMY FOGEL
United States District Judge